# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-CR-311-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**MARK RAYMOND OMAN,**<br><br>*Defendant.* | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Unseal *Giglio* Documents (Doc. No. 270).

For the reasons set forth in that motion, and noting that the Government does not oppose, the motion is hereby **GRANTED**. Docket Numbers 166 and 191 in this matter are hereby ordered unsealed for the limited purpose of providing them to Defendants Oman and Chavez for preparation and potential use in trial. Additionally, Docket Number 434 in *United States v. Jacob Chacon Krone*, Case No. 3:05-CR-400, is also ordered unsealed for the same limited purpose.

Signed: July 2, 2021

Max O. Cogburn Jr.
United States District Judge