UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-311-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | |
| ) | **ORDER** |
| **MARK RAYMOND OMAN,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Defendant's Motion to Permit Clerk of Court to Accept Restitution Payment Prior to Sentencing. (Doc. No. 407). For the reasons stated, the motion is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that the Clerk of Court is to accept payment from Defendant in the amount of $12,000, to be accredited toward restitution in this case. The Clerk of Court is directed to receive this payment into its Deposit Fund pending final judgment and an order of restitution in this matter.

Signed: November 10, 2022

Max O. Cogburn Jr.
United States District Judge